IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BETTY J. MURRAY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DON INGRAM, )<br>)<br>Defendant. ) | CASE NO. 3:10-cv-348-MEF |

## **O R D E R**

On February 3, 2011, the Magistrate Judge filed a Recommendation (Doc. #49) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendant's motion for summary judgment (Doc. #42) is GRANTED.

3. To the extent plaintiff's "A Pleading - A Motion for Relief, Damages" (Doc. #46), presents any motion for relief, such motion is DENIED.

4. This case is DISMISSED.

DONE this the 16th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE