IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BETTY J. MURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:10-cv-348-MEF |
| | ) |
| DON INGRAM, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #50) to the Recommendation of the Magistrate Judge filed on February 9, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #49) filed on February 3, 2010 is adopted;

3. Defendant's motion for summary judgment (Doc. #42) is GRANTED.

4. To the extent plaintiff's "A Pleading - A Motion for Relief, Damages" (Doc. #46), presents any motion for relief, such motion is DENIED.

5. This case is DISMISSED.

DONE this the 18th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE